THOMAS F. BERTRAND, State Bar No. 056560
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California   94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants
CITY OF VACAVILLE, RANDY WEAVER,
ERIC GOBRUN and NANCY SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA D. RICE, individually and as Guardian Ad Litem for ANDREW BEDENFIELD, JR., DARIN BEDENFIELD and SADE JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF VACAVILLE, and RANDY WEAVER, individually, ERIC GOBRUN, individually, CHRIS GOLDEN, individually, and NANCY SANCHEZ, individually,<br><br>    Defendants. | Case No.:  04-CIV-346 LKK GGH<br><br>**STIPULATION AND PROTECTIVE ORDER** |

    1.    The parties to the above-entitled action, by and through their counsel of record, hereby stipulate to the imposition of the attached protective order as to materials to be produced in discovery in this action regarding names, addresses and telephone numbers of witnesses disclosed by defendants, confidential police investigation documents and other materials to which the parties may agree in writing.

    The materials included in the above-mentioned protective order are as follows:

    a.    The names, addresses, telephone numbers and any other personal identifying information of any civilian witnesses or suspects disclosed by defendants in discovery;

b.	Records disclosed by the CITY which comprise the Vacaville Police Department's investigative file connected with this matter (crime report 03-223);

c.	Other materials that the parties agree in writing are to be covered by this Order.

All "confidential material" shall be designated by stamping or otherwise marking each such document as follows:

"CONFIDENTIAL MATERIAL SUBJECT TO PROTECTIVE ORDER"

2.	Confidential material shall be used solely in connection with the preparation and litigation of the case in the within action (Case No. 04-CIV-346 LKK GGH), or in any related appellate proceeding, and not for any other purpose, including any other litigation, or any criminal prosecution, without the express approval of this court.

3.	Confidential material may not be disclosed, except as is provided in paragraph 4, below.

4.	Confidential material may be disclosed only to the following persons:  (a) counsel for any party to this litigation; (b) paralegal, stenographic, clerical, and secretarial personnel regularly employed by counsel for the parties in this litigation; (c) court personnel, including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for trial in this action; (d) any outside expert or consultant retained by any party to the action in connection with the action, and not otherwise employed by either party; and, (e) any "in-house" expert designated by any party to testify at trial in this matter.

Nothing in this paragraph (4) is intended to prevent officials or employees of the City of Vacaville, or other authorized government officials, from having access to the documents so designated if they would have such access in the normal course of their job duties.  Furthermore, nothing herein prevents any witness from disclosing events or

activities personal to him or her, that is, a witness may disclose to others, without restriction under this order, information previously given to the City of Vacaville with respect to what he or she saw, heard, or otherwise sensed.

5. Each person to whom disclosure is made, with the exception of counsel, who are presumed to know the contents of this protective order, shall be provided by the person furnishing him or her "confidential material," as designated hereunder, with a copy of this order, and shall agree on the record, in writing, that he or she has read this protective order and consents to be subject to the jurisdiction of this court with respect to the enforcement of this order, including without limitation, any proceeding for contempt. Unless such agreement is made on the record in this litigation, counsel making the disclosure to any person described above shall retain the original executed copy of said written agreement until final termination of this litigation.

6. At the conclusion of the trial in this matter, and of any appeal, or upon the termination of this action by any other means, all confidential material received under the provisions of this order, shall be tendered back to the appropriate parties or their attorneys and any copies thereof shall be destroyed. Provisions of this order, insofar as they restrict the disclosure and use of the material, shall remain in full force and effect until further order of this court.

7. The foregoing is without prejudice to the right of any party to this action: (a) to apply to the court for a further protective order relating to any confidential material or relating to discovery in this litigation; (b) to apply to the court for an order removing the confidential material designation from any document; and, (c) to apply to the court for an order compelling production of documents or for modification of this order or for any order permitting disclosure of confidential material beyond the terms of this order.

Counsel for the parties to this action hereby declare that they have read the foregoing, that they approve thereof as to form and content, and that, on behalf of their clients in this action, they stipulate thereto.

SO STIPULATED.

                                        PRICE AND ASSOCIATES

Dated: April 26, 2005       By: s/Pamela Y. Price
                                         Pamela Y. Price
                                         Attorneys for Plaintiffs DEANNA D. RICE,
                                         individually and as Guardian Ad Litem for
                                         ANDREW BEDENFIELD, JR., DARIN
                                         BEDENFIELD and SADE JONES

|  |  |  |
|---|---|---|
|  |  | BERTRAND, FOX, & ELLIOT |
|  |  | s/Richard W. Osman |
| Dated: April 26, 2005 | By: | _____ |
|  |  | Thomas F. Bertrand |
|  |  | Richard W. Osman |
|  |  | Attorneys for Defendants |
|  |  | Defendants CITY OF VACAVILLE, |
|  |  | RANDY WEAVER, ERIC |
| GOBRUN and |  | NANCY |
| SANCHEZ |  |  |

## ATTORNEY ATTESTATION

I, Richard W. Osman, attest that the content of the foregoing Stipulation and Protective Order is acceptable to all persons required to sign said document.

s/Richard W. Osman
_____
Richard W. Osman


## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: 5/3/05                                                        /s/ Gregory G. Hollows

_____
U.S. MAGISTRATE JUDGE

rice346.po04