PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1617 Clay Street
Oakland, CA  94612
Telephone: (510) 452-0292

Attorneys for Plaintiffs
DEANNA D. RICE, ANDREW BEDENFIELD, JR.
DARIN BEDENFIELD and SADE JONES,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA D. RICE, individually and as Guardian Ad Litem for ANDREW BEDENFIELD, JR., DARIN BEDENFIELD, and SADE JONES,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF VACAVILLE, RANDY WEAVER individually, ERIC GOBRUN, individually, CHRIS GOLDEN, individually and NANCY SANCHEZ, individually,<br><br>          Defendants. | No. CIV. S04-0346 LKK<br><br>**STIPULATION AND ORDER SETTING TIME FOR FILING EXPERT WITNESS DISCLOSURES AND ALLOWING SUPPLEMENTAL REPORTS BY EXPERT WITNESSES** |

The parties, by and through their respective counsel, hereby stipulate and agree to the following additional matters regarding Expert Witness Reports pursuant to Federal Rules of Civil Procedure, Rule 26, subject to this Court's approval:

1. The time for exchanging and filing of the Expert Witness Disclosures and Reports is June 23, 2005, pursuant to the Status Pretrial Order of this Court.  This date is sixty (60) days before the last day to conduct Discovery in this matter, which would occur on Monday, August 22, 2005, as August 21, 2005 falls on a Sunday;

2. The Expert Witnesses designated pursuant to Rule 26 shall be allowed to prepare a supplemental report prior to being deposed, based on additional information produced or developed by the parties during Discovery after the Expert Disclosure date; and

3. The Expert Witness supplemental reports will be submitted by August 5, 2005, and Expert Witness depositions will begin on or after August 8, 2005, to be concluded by the Discovery cutoff.

Good cause exists for this Stipulation in that counsel for Plaintiffs and Defendants have engaged in good faith efforts to undertake discovery, but require additional time to seek and produce more materials on which the Expert Witnesses may rely in their final reports. The Expert Witness reports filed with the Expert Witness Disclosures, pursuant to this Court's Order, are based on limited information, primarily provided in the Initial Disclosures the parties exchanged in March 2005. The parties, through their counsel, have repeatedly attempted settlement discussions during their communications, but despite their efforts have not reached agreement to date. Further discovery is required, including depositions and production of documents, before the Expert Witnesses disclosed pursuant to Rule 26 can finalize their reports, and be deposed.

Efforts at discovery over the past several weeks have been severely hampered by lead counsel for the Plaintiff's trial schedule. Ms. Price is presently in trial in the United States District Court for the Eastern District of California before the Honorable Judge Morrison C. England in the case of *Stevenson v. County of Sacramento*, U.S.D.C. Case No. CIV.S-03-0201 MCE. The trial in that case commenced on Wednesday, May 25, 2005, and is expected to continue until June 24, 2005, and possibly beyond. Plaintiffs' lead counsel has not been available to conduct or defend depositions or conduct other discovery during this time.

This Stipulation and Order allowing leave to submit supplemental reports will permit Expert Witnesses disclosed pursuant to Rule 26 the opportunity to enrich and refine their current preliminary reports, based on critical additional information obtained

and developed after the Expert Witness disclosure date. After submitting their supplemental reports, the Expert Witnesses shall be deposed in a timely manner.

The parties respectfully request the Court grant the Order allowing Expert Witnesses to file supplemental reports based on additional discovery, prior to being deposed.

Dated: June 23, 2005        PRICE AND ASSOCIATES

/s/ Pamela Y. Price

PAMELA Y. PRICE, Attorneys for Plaintiffs DEANNA D. RICE, ANDREW BEDENFIELD, JR., DARIN BEDENFIELD AND SADE JONES

Dated: June 23, 2005        BERTRAND, FOX & ELLIOT

/s/ Richard Osman
RICHARD OSMAN, Attorneys for Defendants CITY OF VACAVILLE, RANDY WEAVER ERIC GOBRUN and NANCY SANCHEZ

## ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

1. The time for exchanging and filing of the Expert Witness Disclosures and Reports is June 23, 2005;

2. The Expert Witnesses designated by the parties on June 23, 2005 may prepare supplemental reports based on information discovered or developed after the Expert Witness disclosure date, prior to being deposed; and

3. Any supplemental reports by the Expert Witnesses shall be submitted by August 5, 2005. Expert Witnesses shall be deposed between August 8, 2005 and Discovery cutoff.

Dated: July 12, 2005.        /s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge