Thomas F. Bertrand, State Bar No. 056560
Richard W. Osman, State Bar No. 167993
BERTRAND, FOX, & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California   94109
Telephone:   (415) 353-0999
Facsimile:   (415) 353-0990

Attorneys for Defendants CITY OF VACAVILLE,
RANDY WEAVER, ERIC GOBRUN and NANCY SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA D. RICE, individually and as Guardian Ad Litem for ANDREW BEDENFIELD, JR., DARIN BEDENFIELD and SADE JONES,<br><br>Plaintiffs,<br><br>vs.<br>CITY OF VACAVILLE, and RANDY WEAVER, individually, ERIC GOBRUN, individually, CHRIS GOLDEN, individually, and NANCY SANCHEZ, individually,<br><br>Defendants. | Case No.: 04-CIV-346 LKK GGH<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

  IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the July 27, 2005 scheduling order be amended to change page 4, line 8 through line 15, which presently states: "In this regard, all counsel are to designate in writing and file with the court and serve upon all other parties a final list of the names of all experts that they propose to tender at trial not later than sixty (60) days before the close of discovery herein established; supplemental expert reports to be filed not later than twenty (20) days thereafter. Accompanying the designation shall be the written report specified in Fed. R. Civ. P. 26 A2B" to "The parties have already designated in writing and filed with the court and served upon all other parties a final list of the names of all experts that they propose to tender at trial.  The parties shall file and serve, not later than forty (40)

days before the close of discovery, supplemental expert reports as previously agreed to and ordered on July 13, 2005."

    Good cause exists for this stipulation because experts have already been disclosed by the parties. After experts were disclosed, the parties stipulated to allow the filing and service of supplemental expert reports and on July 13, 2005, this Court ordered that supplemental reports be filed and served by August 5, 2005. On July 25, 2005, a pretrial scheduling conference was held in chambers (by telephone) in connection with a request to extend the discovery deadline. At the hearing, the parties requested that a new date be set for the filing and service of supplemental reports. The July 27, 2005 scheduling order, in addition to setting a new date for supplemental reports, includes language, at page 4, line 8 through 15, regarding a new date for disclosure of experts. Because experts have already been disclosed, amending the July 27, 2005 scheduling order to eliminate the new disclosure date will accurately reflect the present status of this matter and will avoid any confusion that could be caused by the inclusion of a second expert disclosure deadline.

    SO STIPULATED.

Dated: August 16, 2005                  PRICE AND ASSOCIATES

                                      /s/ Pamela Y. Price
                                      (as authorized on August 16, 2005)
                               By:_____
                                      Pamela Y. Price, Esq.
                                      Attorneys for Plaintiff
                                      DEANNA RICE

Dated: August 16, 2005                  BERTRAND, FOX, & ELLIOT

                                      /s/Richard W. Osman
                              By:_____
                                      Thomas F. Bertrand
                                      Richard W. Osman
                                      Attorneys for Defendants
                                      CITY OF VACAVILLE, RANDY WEAVER,
                                      ERIC GOBRUN and NANCY SANCHEZ

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

**ORDER**

Under FRCP 16(b)(3) and good cause appearing,

IT IS HEREBY ORDERED that the July 27, 2005 scheduling order be amended to change page 4, line 8 through line 15, which presently states: "In this regard, all counsel are to designate in writing and file with the court and serve upon all other parties a final list of the names of all experts that they propose to tender at trial not later than sixty (60) days before the close of discovery herein established; supplemental expert reports to be filed not later than twenty (20) days thereafter. Accompanying the designation shall be the written report specified in Fed. R. Civ. P. 26 A2B" to "The parties have already designated in writing and filed with the court and served upon all other parties a final list of the names of all experts that they propose to tender at trial. The parties shall file and serve, not later than forty (40) days before the close of discovery, supplemental expert reports as previously agreed to and ordered on July 13, 2005."

Dated: August 22, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge