PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
1617 Clay Street
Oakland, CA  94612
Telephone:  (510) 452-0292

Attorneys for Plaintiffs
DEANNA D. RICE, ANDREW BEDENFIELD,
JR., DARON BEDENFIELD and SADE JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA D. RICE, individually and as Guardian Ad Litem for ANDREW BEDENFIELD, JR., DARIN BEDENFIELD, and SADE JONES,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY OF VACAVILLE, RANDY WEAVER individually, ERIC GOBRUN, individually, CHRIS GOLDEN, individually and NANCY SANCHEZ, individually,<br><br>  Defendants. | NO. CIV.S-04-346 LKK GGH<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The Petition of SADE JONES, a legally incompetent person, for the appointment of QUEENESTER JONES as Guardian Ad Litem of SADE JONES was considered by the court on this date.  On proof made to the satisfaction of the Court, the Court finds that such appointment is expedient.

**IT IS HEREBY ORDERED THAT** the petition of SADE JONES be granted and that QUEENESTER JONES be appointed Guardian Ad Litem.

Dated:  August 31, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court