IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANNA D. RICE, et al.,

    Plaintiffs,                              CIV. NO. S-04-0346 LKK GGH

    vs.

CITY OF VACAVILLE, et al.,

    Defendants.                             ORDER

        Before this court is defendants' motion to compel plaintiff Deanna Rice's deposition and mental examination of plaintiffs Deanna Rice and Andrew Bedenfield Jr. On September 19, 2005, plaintiffs filed a statement responding to questions posed by the court at the September 8, 2005 hearing. Defendants will now be given the opportunity to respond to that statement.

        Accordingly, IT IS ORDERED that Defendants shall file a response to plaintiffs' statement by September 30, 2005.

DATED: 9/20/05

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Rice0346.rep.wpd