IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANNA D. RICE, et al.,

    Plaintiffs,                   CIV. NO. S-04-0346 LKK GGH

    vs.

CITY OF VACAVILLE, et al.,

    Defendants.              <u>ORDER</u>

/

    The court is in receipt of the parties' supplemental statements in regard to defendants' motion to compel plaintiff Deanna Rice's deposition, and mental examination of plaintiffs Deanna Rice and Andrew Bedenfield Jr. A complete findings and recommendations will be issued shortly which will recommend that the action be stayed pending resolution of plaintiff Rice's ongoing criminal prosecution. In the meantime, IT IS ORDERED that discovery is stayed in this action.

DATED: 9/29/05

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             U. S. MAGISTRATE JUDGE

GGH:076
Rice0346.dsy.wpd