IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANNA D. RICE, et al.,

        Plaintiff,                   CIV-S-04-0346 LKK GGH

     vs.

CITY OF VACAVILLE, et al.,

        Defendants.           ORDER

_____/

        On October 5, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiffs filed objections on October 19, 2005, defendants filed a reply to plaintiffs' objections on October 28, 2005, and they were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

1 | reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
2 | 1983).
3 |       The court has reviewed the applicable legal standards and, good cause appearing,
4 | concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.
5 | Accordingly, IT IS ORDERED that:
6 |       1. The Proposed Findings and Recommendations filed October 5, 2005, are
7 | ADOPTED; and
8 |       2. This action is stayed pending resolution of plaintiff Deanna Rice's criminal
9 | prosecution.
10 | DATED:  January 11, 2006.
11 |
12 |       /s/Lawrence K. Karlton
      UNITED STATES DISTRICT JUDGE
13 | rice0346.jo