1    PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
     PRICE AND ASSOCIATES
2    The Latham Square Building
     1611 Telegraph Avenue, Suite 1450
3    Oakland, CA 94612
     Telephone: (510) 452-0292
4    Facsimile: (510) 452-5625

5    Attorneys for Plaintiff
     DEANNA RICE
6

7
                      UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10

11   DEANNA D. RICE, individually and as    )   NO. CIV. S04-0346 LKK (GGH)
     Guardian Ad Litem for ANDREW           )
12   BEDENFIELD, JR., DARIN BEDENFIELD,     )   **STIPULATION AND ORDER <u>FOR</u>**
     and SADE JONES,                        )   **DISMISSAL** <u>                    </u>
13                                          )
                Plaintiffs,                 )
14                                          )
                                            )
15   v.                                     )
                                            )
16   CITY OF VACAVILLE, RANDY WEAVER )
     individually, ERIC GOBRUN, individually, )
17   CHRIS GOLDEN, individually, and NANCY )
     SANCHEZ, individually,                 )
18                                          )
                Defendants..                )
19   _____        )

20           **IT IS HEREBY STIPULATED** by and between the parties to this action through

21   their counsel that the entire action against all parties may be dismissed with prejudice pursuant to

22   Federal Rules of Civil Procedure Rule 41(a)(1), with each party to bear their own costs and

23   attorney fees.

24   Dated: _____        PRICE AND ASSOCIATES

25                                       _____/s/_____
                                         PAMELA Y. PRICE, Attorneys for Plaintiffs
26                                       DEANNA D. RICE, individually and as
                                         Guardian Ad Litem for ANDREW
27                                       BEDENFIELD, JR., DARIN BEDENFIELD,
                                         and SADE JONES
28

                                        -1-
     1126.02P222PYP          STIPULATION RE: DISMISSAL (S04-346 LKK GGH)

1    Dated: _____

2

3    _____
                                                    /s/
4                                        RICHARD W. OSMAN, Attorneys for
                                         Defendants CITY OF VACAVILLE,
                                         RANDY WEAVER, ERIC GOLDEN and
5                                        NANCY SANCHEZ

6

                                        **ORDER**
7

8        For the reasons set forth in the Stipulation, and good cause appearing, **IT IS SO**

     **ORDERED.**  The Clerk of the Court is directed to enter the dismissal and close the case.
9

10   Dated:   June 19, 2007.

11

12

13                                       LAWRENCE K. KARLTON
                                         SENIOR JUDGE
14                                       UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1126.02P222PYF          STIPULATION RE: DISMISSAL (S04-346 LKK GGH)